# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00283-CV

**J. D. S., Appellant**

**v.**

**Ken Paxton, Attorney General of the State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-AG-12-001271,
### HONORABLE ANGELITA MENDOZA WATERHOUSE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On January 13, 2015, this Court notified appellant that her brief was due on December 10, 2014, and was overdue. The Clerk requested a response by January 23, 2015, and notified appellant that the appeal would be dismissed for want of prosecution if she did not respond to this Court by that date. Appellant has not filed her brief or otherwise responded. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Puryear and Goodwin

Dismissed for Want of Prosecution

Filed: February 13, 2015